IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY FAILS,
    Plaintiff,

vs.                              CASE NO.:  3:09cv33/MCR/MD

JUDGE NICHOLAS GEEKER,
    Defendant.
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 28, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    DONE AND ORDERED this 18th day of February, 2009.

                              s/ *M. Casey Rodgers*
                              M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE